# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW FARST**, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 1:22-CV-1435 |
| | : | (Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **AUTOZONE, INC.**, | : : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 29th day of December, 2023, upon consideration of the court's memorandum and order (Docs. 54, 55) of November 1, 2023, dismissing plaintiff Matthew Farst's complaint (Doc. 1) for want of subject-matter jurisdiction and granting Farst 21 days' leave to file an amended complaint curing the deficiencies identified therein, and it appearing that Farst has not filed an amended complaint in the time allotted, it is hereby ORDERED that the Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania